```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 20507
  JOSE D SILVA
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-7090


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/02/07 and confirmed on 01/25/08.

   2.  The case was dismissed after confirmation, 04/18/2008.

   3.  The Debtor paid a total of $   1675.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-----------------------------------------------------------------------------
MT BANK                    CURRENT MORTG         .00            .00             .00
MT BANK                    MORTGAGE ARRE         .00            .00             .00
COMED                      UNSECURED       NOT FILED            .00             .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED            .00             .00
NICOR GAS                  UNSECURED       NOT FILED            .00             .00
PLAINS COMMERCE BANK       UNSECURED       NOT FILED            .00             .00
US DEPT OF EDUCATION       UNSECURED       NOT FILED            .00             .00
VAN RU CREDIT              UNSECURED       NOT FILED            .00             .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00          .00           .00
PRINCIPAL PAID         .00         .00          .00          .00           .00
INTEREST PAID          .00         .00          .00          .00           .00
TOTAL PAID             .00         .00          .00          .00           .00
The Debtor's attorney, BURNS & WINCEK LTD             , was allowed $   3500.00
and was paid $    300.00   direct and $    1577.85   through the plan.

The Trustee received $      97.15 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 05/20/08                /S/
                                GLENN STEARNS
```

CHAPTER 13 TRUSTEE

                              PAGE  2
     CASE NO. 07 B 20507 JOSE D SILVA